# UNITED STATES DISTRICT COURT

**District of** ~~Colorado~~

## APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

In the USDC Colorado Denver

USDC/SDNY
USDC CO
USDC CO

The Committee of ~~U-~~ scribners Association, Plaintiff et al
107 A Ave, Staten Island, NY 10301
FDNY 13-3866
Rev Dr Kamel et al

vs

World Body
① U.N.O New York NY at UN Plaza
② USA Gov't Washington
③ National Committee of Republican & Mcain
    US Senators
    Mrs H.R. Clinton
    Mr Barack Hussain Obama
    A Christian Convert Activist
    AFL mushim

CASE NUMBER: **08-CV-01751**

A US Pres
Is a US pen
Religious melting pot — A white/black religions & of Bigotry in USA who cannot tutor a tenant in USA Republic et al

Rev Dr Kamel KR clergy on vow of poverty (IRS rule)

Rev Kamel KR
4-17-2008

14 East Kirk 55 Rd NY 29()

SSI for Disability Age 55 $34?
SS Retired pm 143 w

see above

535 et al Defendants

UNITED STATES DISTRICT COURT
DENVER, COLORADO
AUG 11 2008
GREGORY C. LANGHAM
CLERK

Rev Dr Kamel Roy
8/12/08
Pro Plaintiff
2 650?
includes Kamel Roy
us born

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
AUG 11 2008
GREGORY C. LANGHAM
CLERK



original

USD Court / Denver
× SDNY
USDC/Colorado   original

AO 240 Reverse (Rev. 10/03)

4. Do you have any cash or checking or savings accounts?   ☒ Yes   ☐ No

If "Yes," state the total amount. _____   see attached

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

If "Yes," describe the property and state its value.

Nil   see attached

poor
attached

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

(A) I have living common law wives in India. Not US Residents   Kamal Roy
(1) Paromita Budge Roy   The Rev Dr Kamal
                                                                                     R K Roy

I declare under penalty of perjury that the above information is true and correct.

(2) Atreyee Sen Roy                          The
  4/17/08                                    Rev Dr Kamal R K Roy
(3) Gargi                                   Signature of Applicant
    Rohini Kamal K R                        U.S American poor
                                            a U.S Citizen by
see attached

NOTICE TO PRISONER: A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

(4) Me + R
+13 Natural                        8/2/2008   birth; a
born children                                 US Presidential
USDC/ND 2 sons                                candidate 2008
        Dallas
wives

USDC
1/6/08   2 time conjugal   original
         Relations holder
         with Kamal Roy
         who is an international
         clergy on frequent
         tour to orient

K   8/1/08

4/7/09

8/2/08