

'08 - CV - 01751

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ~~COLORADO~~

Civil Action No. ____________
(To be supplied by the court)

Plaintiff,

v.

Defendant(s).

(List each named defendant on a separate line.)

COMPLAINT

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
AUG 18 2008
GREGORY C. LANGHAM
CLERK

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
AUG 11 2008
GREGORY C. LANGHAM
CLERK

(Rev. 07/06)

U.S. District Court For Colorado District At Denver CO

JURY TRIAL DEMANDED

See Page #1A

Trial By At least 3 Judge panel Demanded as matter involved failures of U.S. Constitution for most Guarantee scribed as basis of formation of Democratic Republic, now in 2008 a member State (U.S.A) with world body: U.N.O., NYC NY which failed to supervise democratic principles cribbed for We the people including Undocumented citizens, human animals living in Jurisdiction of Soil of USA but not guaranteed naturalized citizens if not born in USA in color of U.S. birth or by statute of U.S. All people living in USA under some color of Laws Students, Diplomats, criminals

(1) Association of Committee (A)-etc 2649T

(2) Jungle Democracy and Mouse doctrines of offenses of weaker people #3 Kamal R. D. R

#1 Non hostile Defendant All 13 Million or so undocumented human animals or people living in USA if not born in USA must be designated for recording process of being termed as naturalized citizens of USA as two categories of people only were designated one born or naturalized if not otherwise deported as enemy etc.

All Plaintiffs by Rev Dr Kamal R.D.R. as Trust

Civil rights Violations of and Civil Rights Violations of Original

33

or undocumented by law of enemy classification or at must be ordered as citizens to be naturalized as U.S. Constitution provides full status of people living

2750 K / 2749 K Small of US Regd associations worked in outsourced campaign of the Rev Dr Kamal R.D.R. and spent outsource

2750 T Plaintiffs

Page 1 See Full List of Defendants U.S. District Court / District of Colorado at Denver / USDC

Jury Trial Demanded

Title suggested — Plaintiff #1 (34) Civil action case

The Association of Committee to elect Rev Dr Kamal-Karna Roy as Mr Clean GOP President 2008 against GOP hopeful McCain; Democrat Hopeful Barack Hussain Obama, other Presidential hopefuls ie to elect a U.S. Constitutional Leader to frame Social policies and frame Laws in Association of US Senate & House at Washington DC et al as US President due to be scheduled on Nov 4, 2008 — Rev Dr Kamal Karna K Roy GOP hopeful as a U.S. constitutional Leader to participate in US Presidential Election 2008, Win or lose in Election 08 U.S. Constitution provides "We the people" — a unitary symbol of qualified people to be elected for vacancy due on 1-20-2009 By Kamal Roy 14 Kiwassa Rd NY 12983

No Demand Point 5 Billion US $ et al Plaintiffs

Leadership by Defendants to Stop Fatal etc Discrimination and to void Citizenship rights of so called undocumented people human animals in USA as alleged to be rich and famous B.H. Obama & J.S. McCain who happens to be undocumented

EIN of Plaintiff #1 13-3566610 Street address: 107A Seminary Ave 2nd fl 10301

USDC at Honorable Denver CO

#1 Chief Group Title of The Non Profit Government Organization

#2 Plaintiff Jungle Democracies

Vs

Continued #2 USA Govt #3 US Homeland Security Dept #4 All 50 States of USA #5 Election Boards USA et al

Defendant By all 13 million human animal person Living in USA without color of Laws for or against them. Plaintiff #3

8/12/08

For 27 49 Plaintiffs associations who raised 21.5 millions 2008 a US FEC Regd on 9-27-07 Rev Dr Kamal K Roy GOP PRES Candidate

U.S District Court for District of ND Florida

Civil rights Violation Action

915 Lafayette Bld
TALLAHASSEE FL

Judge: 3 Judges panel demanded

Complaint as per order of court

Civil Case No

TITLE OF ACTION:

Poor affidavit + Docket sheet attached

Plaintiff #1 (1) Association of committee to Elect Rev Dr Kamal K K Roy as Mr clean GOP President on U.S 2008 Nov 4 Election or beyond if Election be postponed with court order for massive campaign violation as reported to 100+ USDC (courts) of jurisdiction spread over the areas of Election of US Presidents all throught U.S.A. The petition is for violations of Electoral & other civil rights violations of civil rights of restricting even the rights (Natural) people in USA civil citizens to female and male rights to select/Elect equally enjoy rights over one male and acquire lives partner in conjugal with sanctions of law and allowance of religious rights & Rites --- etc al Plaintiffs (1450+

Compensation demanded 1.75 Trillion $ US as may be awarded by Jury on Trial Both for compensatory punitive Damages + Misc pain, harm, and harrassments in US democracy for denial 57 rights

#2 Plaintiff Jungle Democracies cat & House doctrine of oppression of weaker people etc

#3 Plaintiff Kamal K Roy

Plaintiff #3 Dr Kamal Roy
Plaintiff #2 Jungle Democracies

See attached list Defendants

#2 UNO USA #1 Association to demand equitable right... etc
rest etc 1250+Nos.

VS

#4 John S McCain
Hussain B. Obama
US Senators & US Pres. hopeful 2008

(2) That McCain and Obama are not US Natural born for Plaintiffs but illegally competing US President 2008 against Rev Dr Kamal K K Roy

Kamal Roy 7/15/08

Association to demand equities in civil rights of female and Males in Social spectrums in Human animal race, viz in "DRAUPADI" the shared WIFE SYNDROME of epic princess of Hindu "Mahabharata" as approved by W.R. Group in 2000 Aug, NY USA in Buffalo, Conference for both male and female of All religions of faiths as defacto members of WR Group; Tax exempt religio (IRS USA) EIN 13-3566610

USDC/ District of Conn. Ct

USDC Bridgeport

Defendant #1

#2 USA Govt

#3 U.N.O. (world body) NYC, NY (UN Plaza)

Non Hostile defendant

#3A Defendant USA Govt Washington DC

(36)

Plaintiff #3 KKR Kamal Jr Plaintiff #4 Plaintiff

Democratic Jungle Mouse of

#6A &6B

#All states of USA

#5 All political National parties

That UNO/USA Govt failed to secure civil rights

Kamal K.R.Roy 7/13/08

7/15/2008 Kamal K.R.Roy (POOD) for Plaintiffs

7/15

Kamal Karna Roy
P.O Box 1173
74 Kiwassa Rd Apt 5G
Saranac Lake, NY 12983-7173

CR ~~08-00232~~ JMS BMK

[Extensive handwritten annotations, largely illegible; partially readable fragments include: "Civil rights Violations in many affairs of life (1) Leadership issues of people (2) Civil Liberties in matters of conjugal Love"; "US District Court"; "Civil case No."; "USDC"; "Jury Trial Demanded"; "3 Judge panel Demanded for Trial"; "Ground of civil rights violations & complaints"; "Punitive and compensatory damages Demanded"; "USDC #1"]

7/15/08

USD 4/

(20)

Facebook
Type SizePrint Email RSS Social Networks
Permalink: http://blog.newsweek.com/blogs/theruckus/archive/2008/04/11/keystone-politics-greg-the-inevitable-r
TrackBack URL: http://blog.newsweek.com/blogs/theruckus/trackback.aspx?PostID=302627
Sphere It!
Digg It!
Newsvine
Del.icio.us
Facebook
Thanks for sharing your feedback! If your feedback doesn't appear right away, please be patient as it may take a moderating comments.
DiscussEnter Your CommentSubmit Member Comments Posted By: CANDIDATE_REPUBLICAN (April 15, 200
4.15. 2008 new york
the reverend hon'ble ms Gargi R Lahiri R N Tagore rd, Krishna Nagar, nadia, West Bengal, India: 107A Scribner chief campaign in USA and International: The rev dr kamal kama roy as the candidate of U S President and den GOP nominating convention against john McCain U S Senator, an allegedly orrupt leader who was allegedly inv lobbyist for sale of passion for gain for business of paxson_ paxson business in interst pedalling crime against u companionships on repeated occasioons with free use of luxury aircraft and writing atleast 2 sweetheart custom people in U S Aconsider u sa is on sale in USAfor steering priate business.Now the problem is to find out if mcC of UISA to enhance influence pedalling business or we the people show mcCain a short visit to jail house for a c in deep and complecated puzzle to solve: the F B I needs to help we the people to resolve the issue quickly. the to court an enquiry by appointment of a special Prosecutor to be appointed by U S Attorney General to find the t mcCain as sitting U S Senator of GOP is surely highj enough govt official to be investigted by Special presecuto
Click here to join the NEWSWEEK community, post comments and subscribe to our e-mail newsletters
User Name:Password:
Forgot password?
News Politics Tech and Business Culture Health Voices Quick Guide Periscope National News Int the Odds Video
Top Story
Archbishop Wuerl on Pope Benedict's Visit
My Journey to the Top Latest News
Pa. voters divided over Obama remarks PAKISTAN
Elections Usher in a New Face
By Zahid Hussain, Ron Moreau and Michael Hirsh | NEWSWEEK
Mar 3, 2008 Issue
« Return to Article
Discuss
Comments: Enter Your Comment
Posted By: CANDIDATE_REPUBLICAN @ 04/14/2008 6:34:21 PM
Comment: the reverend mother mrs tapasi b chakravorty democratic reormsa agent for candidate dr roy as opini
Ron Paul
Mitt Romney
Tom Tancredo
Fred Thompson
Joe Biden
Hillary Clinton
Chris Dodd
John Edwards
Mike Gravel
Dennis Kucinich
Posted By: CANDIDATE_REPUBLICAN @ 04/14/2008 11:38:50 AM
Comment:
Posted By: CANDIDATE_REPUBLICAN @ 04/13/2008 7:31:47 PM
Comment: the cleanest contender of republican politicking against john mcCain another dop candidate who who sweet_heart companionship of a middle aged beaty ( women are presumed to be always a beauty in a male don civilization or with hindu eras of lord krishna, a lover_boy in role ofa god or lord Brahma who used sex for pleasu ever and ever and possibly the god_emblem of hunduism inflicted john mcCain type symbol of pursuit of pleasur conditions at coutries beyond borders. But mccain has not authorise by laws of we the people of usa pursuant u choice of mccainian leadership and for mccain_paxson busijess_ female 40=, now 47= female beauty triangle , r and f bi to determine if he could be indicted in court of laws for violations with crossing intterstate boders for plea

USDC/H/

(9)

6/3/08

USDC/CO

(13)

5. CAUSES OF ACTION

Note: You must clearly state each cause of action you assert in this lawsuit.

FIRST CAUSE OF ACTION

(1) Those undocumented McCain / B H Obama reportedly born or not as US born and so far undocumented

SECOND CAUSE OF ACTION

(1) All 13 Millions US Undocumented person in USA Not in color in law of

THIRD CAUSE OF ACTION

USA may be designated for naturalization in USA as US

may be ordered legal residents of USA but disqualified from US Pres. election 2008

6. Constitution provides two class Plaintiff(s) demand(s) a trial by

Jury -or- Court

(Circle only one).

of people living in USA native born and naturalized citizen Constitution is not amended until now upto 2008 in this regard

incarcerated people, criminal, student, diplomats, etc or person with color of law excepted

Stumper : Could Clinton Drop Out on May 7?

Page 11 of 22

Home Toles Cartoons On Faith Blogs Telnaes Animations PostGlobal Feedback Outlook Discussion Groups Loc Education Traffic Community Guides Cars DC/MD | VACrime The Extras Real Estate Columns/Blogs Obituarie United Columns/Blogs NFL Nationals Capitals College Basketball NHL Wizards High Schools Local Colleges NE Beauty Horoscopes Smart Living Television/Books Home & Garden Comics Entertainment News Food & Dining GuideFind Restaurants Find Local Events/Find Movies Visitors Guide Find Bars & Clubs Going Out Gurus Jobs Advice Dealer Specials Coupons Real EstateBuy a Home Sell a Home Property Values RentalsFind a Rental Re Discounts Shopper Blog Shop Used Sell Your Stuff Pets
SEARCH: washingtonpost.com Web | Search Archives
washingtonpost.com > Opinions > Outlook Your Comments On...
Okay, Barack. Now Show 'Em Your White Side.
Yes, that's right: Barack Obama is as white as he is black.
- By Bomani Armah
Commentsrobin1231hotmailcom wrote:
no obama no hillary nomccain should be nominated as major party nominees as all 3 of them are corrupt and co obama change his faith to unknown religion and betray we the people in majority christian faith in usa. only one c spoke anti american , s sermons but obama felt it was time to betry faith with rev right, because thi is time to be p But obama dear, there is no room for american patriot to be u s president as well for a person like u who may tur obama , forget to be u.s president for some years next:comments of dr roy candidate was rewritten by assistants baidya roy; rev ms atreyee ry sen; rev ms gari r lahiri of krishnanagar nadia, w b, india ; and chief rev lisa alston
Report Abuse

---

Project GreenEnterpriseLeadershipBoomer FilesGiving GloballyCES CoverageEducation STRATEGIES
I Want My (Web) MTV
Johnnie L. Roberts
Digital impresario Mika Salmi is transforming Viacom's MTV Networks into a new-media powerhouse, saving it fr
Preview Article | Comments
Sponsored by
PeriscopeNewsPoliticsTech / BusinessCulture / IdeasHealthTip Sheet POLITICS
State and Defense: For Once, Opposites Attract
Mark Hosenball and Evan Thomas
The comity between the two is a '180- degree turn' from Rumsfeld and Powell.
Preview Article | Comments
Sponsored by
Give a Gift
Change Your Address
Pay Your Bill
Renew
Subscribe Now Only $20/year!
First Name Last Name Email Address
Make Newsweek Your Homepage
Podcasts
Newsweek Radio
Get and Share Widgets
RSS
Newsletters
Home Current Issue International Edition News Politics Tech and Business Culture Health Voices The CW Pers About Newsweek Advertising Information Subscriber Services Pressroom Education Program Contact Us User Reprint Sales Showcase Ads Online and Distance Learning Directory
© 2008 Newsweek, Inc.Loading Menu
Report Abuse

---

**Posted By: CANDIDATE_REPUBLICAN (April 15, 2008 at 1:02 AM)**
Sphere It!
Digg It!
Newsvine
Del.icio.us
Facebook
Click here to join the NEWSWEEK community, post comments and subscribe to our e-mail newsletters
User Name:Password:
Forgot password?

USDC/

USDC/

22

2

http://blog.newsweek.com/blogs/stumper/archive/2008/03/26/could-clinton-drop-out-on-m... 4/15/2008

4/7/08

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ~~COLORADO~~ Colorado

Jury Trial Demanded

Civil Action No. ______________________
(To be supplied by the court)

Plaintiff #1 Association of Committee to elect Dr Kamel Roy as GOP US President, Mr Clean Vs John McCain et al in the US Presidential Electoral Competition 2008 Roy pursuant to U.S. Constitution, Plaintiff,
Non profit & Tax exempt Association, EIN 13-3366 [illegible]
Address: 107A Scribner Ave NY 10301
Plaintiff #2 Rev Dr Kamel KK Roy SS # 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
14 Kiwassa Rd #52 NY 12983
P.O. Box 1173
SL NY 12983

v.

Vs
#1
#2 USA Govt Washington DC
Defendant(s).

(List each named defendant on a separate line.)

See attached full list of plaintiffs and defendants

Punitive and Compensatory Damages of 1.72 Trillions of US $ damages due to Denial of Leadership Rights VS U.S. President 2008 in respect of Dr K K Roy & Damages to 550+ Plaintiffs Assoc in relation of [illegible]

COMPLAINT

See page 1-1 see attached
1-1-1KK

Kamel Karne Roy
[signature] 5/5/2008

[signature] 8/2/08

(Rev. 07/06)

USD Court CO 14 (2)

Case: 8:08cv113

Jury Trial Demand

Civil Case No. ___

Plaintiff Title of Case Proposed:

Judge: 3 Judge panel demanded

#1 Association of Committee

Ground: USA Democratic Republic failed poor, destitute God and Weaker people and Roy

Plaintiff #2 elect Dr. Kamal

AssociationofCommitteetoelectDr.KamelKarnaRoyasRepublicanUSPresid

c/o Mr. Kamal Karna Roy
P.O Box 1173
14 Kiwassa Road
Apt.. 5G
Saranac Lake, NY 12983-7173 et al (575+ Plaintiffs

65+ Defendants

Vs

---

USA Govt, F.E commission, Washington DC

Dr Kamal Roy - AGOP Pres. hopeful

Office of US President White House Washington DC 20500

U.S. Senate — " —

US House of Representative Speaker Pelosi (Ms) - do -

US Republican National Committee

- do - Super delegates of 2008 Nominating Convention

National Democratic Committee & Superdelegate - do -

John McCain GOP
B. H. Obama
Hillary Clinton

U.S. Senator & contender of U.S. Pres. 2008 elec.

USDC CO #11

8/1/08

**Posted By: CANDIDATE_REPUBLICAN (February 10, 2008 at 8:06 AM)**

washingtonpost.com > Politics > Elections Your Comments On...

Women Could Give Clinton the Edge In Maine's Caucuses

BANGOR, Maine, Feb. 9 -- It is women like Linda Sinclair who have turned New England into a potentially tough playing field for Sen. Barack Obama (Ill.).

- By Shailagh Murray and Perry Bacon Jr.

CommentsLISANROY wrote:

USDC court actions filed from us district court n d of clifornia , at san francisco ca, usdc new jersey at trenton, usdc new hampshire at concord nh for sky high allegations of corrupt practices in u s president electoral competitions of 2008 in violation of news as produce of nes media and giant size news conglomerates, viz associated press, usa, cnn news usa, reuter news, news corp of usa, gannet new, new york times co, tribunes co usa et el and hillary, obama, mccain et al as candidate defendants. u s american human_animals' conceive god/s of religions who failed wisdom of eletorates ie god/s failed by people. democratic devil in usa as devils as defendants, fec, washington dc, all states and election boards in usa et al, et al failed kamal roy as presidential lawful candidate by all defendants arbitrarily. or as a matter of policies by them to illrgally ignore a candidate in violations of laws to create ineuities to through dr roy into democratic dispair and oblivion . but roy knew that us judiciary is far from perfect but essentialy may not ignore justice if possible , so the reverend dr kamal k k roy aka j g jr guam born clergyand us born pursuant to u s act 1978 for guam born people who lived in usa on date of enactmment in 1978, dr roy lived in new york state et al since 1968., shall fight for rights of have_nots in usa till he exhausted demand of leadership rights to be canddate of equities in th system of democracy in usa dr roy petitiond for acting president be appointed by us congress with approval of u s senate by consent of order if issued as injunction on usa as defendant et al.

tHE U S PRESIDENTIAL ELECTION 2008 : IT IS COMPARABLE TO DOG_FIGHTS OF ELITE IN USA, BILLIONAIRES, SUPER RICH PEOPLE, DEVILS OF DEMOCRACY IN USA, HUMAN_GODS IN USA SIMILAR TO TERMS AS "mobstars",dYNASTY BUILT IN POLICIAN VIZ BILL CLINTON' WIFE HILLARY ABUSED THE FACTUAL STATUS AS BILL'S WIFE, RACE BASED POLITICS VIZ A SEMI WHITE U S AMERICAN CLAIMING AS IF PURE "AFRICAN AMERICAN TO AROUSE COMPASION TO AFRICAN AMERICANS CITIZENRY AD MIXED ANCESTRY IN US, HILLARY IS ABUSING GENDER VIZ SHE IS A WOMAN SEEKING TO BE U S PRESIDENT 2008,M U S NEWS MEDIA AND NEWS CONGLOMERATES HAD BEEN BILLIONS OF U S $ OF CAMPAIGN $ TO EVADE FEC CAMPAIGN FUNDS REGULATIONS BY ABUSING RFREEDOM OF PRESS BUT USING, ABUSING, MANIPULATING u s ANTI TRUST LAWS PROHIBITING INDUSTRIAL PRODUCE TO CURB COMPETITIONS IN USA WITH PRODUCE FOR PROFIT. WHEN YOUNG SMART LOOKING CHELSEA CLINTON OR FORMER PRESIDENT BILL CLINTON'S FACE AND PROFILE APPEAR PUBLISHED IN NEWWEEK MAGAZINE OR IN N Y TIMES OR LEADING NEWS MEDIA OF 100'S OF BILLION $ NEWS INDUSTRY, OR INCIDENT LIKE OBAMA'S LAWYER WIF WITH HIM PROJECT AS IF OBAMAS ARE ARISTOCRATS, AS HARVARD EDUCATED, IN MOST NEWS OUTLETS, PROBABLY NEWS MEDIA WISH TO FORGET THAT B OBAMA POSSIBLY PURE AFRICAN AMERICAN PROTOTYPE OF MILLIONS OF HAVE_NOTS AMONG HAL_BLACK, DARK_BALACKS, MIXED BLACKS'EPRESETATIVE IN usa AS "OBAMA" DOES ANY BODY KNOW THAT B OBAMA" MAINTAINED BETTET STANDARDARD AND PRIVILEGES THAN MORE THAN 70 % WHITES IN USA. DR ROY IS AN MBA (MS DEGREE FROM SUNY MARITIME COLLEGE , 1974. COLLEGE ID 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), AN ORDAINED CLEGY WITH VOW OF POERTY, irs RULE, PH. D, IN AMANAGEMENT, D. D (DOCTORATE IN DIVINITY, LL. B (LAWS FROM ACCREDITED FOREIGN SCHOOL, HE WAS AN ORPHAN IN

USDC/Co

U.S. District Court

USDC Co (3)

Civil Complaint

Kamal Karna Roy
P.O. Box 1173
Saranac Lake, NY 12983

Jury Trial Demanded

Civil Case No.

[illegible]

Compensatory & Punitive Damages demanded US$

1. Peoples Association for Human Animal Concerned

(1A) John McCain US Senator Republican

Member (2) BARACK H Obama Democrat

US Senate (3) Hillary R Clinton

(4) USA Govt Washington DC

(4A) Some Judges

(5) U.S. A Constitution

U.S. Presidential Candidates of Nation, USA

c/o We the people of USA

(5A) U.N.O., N.Y., NY

(5B) USA Senate + US House of Representatives

(6) National Republican Party + GOP

(5B) Super delegate of Democrats

(7) National Democratic Party Washington DC

(7) All Religious [illegible] Washington DC

(8) All Grant News Conglomerate (Associated)

(9) All News Media of USA

(9A) We the people of USA

(10) All States (50 Nos) of USA

(11) All State Board of Elections in USA

(12) All territories of USA / Puerto Rico / Guam

(13) U.S. Judiciary of U.S. Supreme Court (500 Nos) Affirmations

Defendants

for violations of U.S. Constitutional rights to lead a Govt secured Testament, USA Democratic Republic / American Competitive electoral Competition of U.S. President scheduled on Nov 4, 2008 due to negligence of USA Govt and Govt Authorities to enforce campaign and finances of election in respect of Candidates by the abusive Defendants

I Rev Dr Kamal K K Roy a/k/a J.E.G. a US born citizen who was born in Guam and pursuant to [illegible] under penalty [illegible] US citizen

K

8/12/08

Stumper : Could Clinton Drop Out on May ??

That J Mccain Wrote

issuance of atleast 2 sweet_heart letter to federara communication dept to wrongit exepeditegovt action before s. forwarded to for lawful inquest of mccain scandal with sex as mccain may be a human_god of some power but h such he is subject to criminal prosecution . when a gary hart se affair could result his exit from power, and elliot s governorship, only play_boy, part_timerbut moderatly good william jefferson clinton was as immune as a hindu o office of president along with historical evidence of genefer flower roman/sexbut you have to have a clintonian wi of comment on democratic corruption in power politics are of the rev dr kamal kama roy . a candidate of u s pres campaign official with his consent. dr roy emphasized that in national interest for stability the democratic process pervez mussaref presidency at the current tenure may not have to be short circuited by the current elected leade rocky freedom in democratic nation with intent of compromise with president musareff anf current democracy arr an optimally acceptable situation tl exit musarref . as this may allow new coalition in ruling parties to control natic border of pakistan may consider to be wise condsidering.
Posted By: CANDIDATE_REPUBLICAN @ 04/01/2008 10:06:39 AM
Comment: we wish stability and peace for nation of pakistan and wish eace for all citizens or pakistan. pl see am lives of jungle democracies :
Click here to join the NEWSWEEK community, post comments and subscribe to our e-mail newsletters
User Name:Password:
Forgot password?
News Politics Tech and Business Culture Health Voices Quick Guide
Stumper
Stumper HomepageWhat's Stumper?The RuckusRSSAuthor
Andrew Romano
Email | Bio CategoriesThe Filter
Top of the Week
Onscener
Ad Hawk
Expertinent
Early States
Newsbyte
Politech
StumperTV
Super Tuesday
Sam Brownback
Rudy Giuliani
Mike Huckabee
Duncan Hunter
John McCain
Ron Paul
Mitt Romney
Tom Tancredo
Fred Thompson
Joe Biden
Hillary Clinton
Chris Dodd
John Edwards
Mike Gravel
Dennis Kucinich
Barack Obama
Bill Richardson
Al Gore
Mike Bloomberg
Ralph Nader
Posted By: CANDIDATE_REPUBLICAN @ 03/30/2008 11:44:32 AM
Comment:
Bio | The Moderate Voice suspect as the reverend's. In addition, Obama can now denounce all he wants to but h
Posted By: CANDIDATE_REPUBLICAN @ 03/30/2008 5:31:47 AM
Comment: Hello robin1231hotmailcom
Change Preferences | Sign Out Sign In | Register Now
Print Edition | Subscribe | PostPoints
NewsNation Investigations Education Photos & Video World Technology KidsPost Discussions Metro Entertainm
Magazine Archives PoliticsPolitics Blogs House/Senate Votes White House Congress 2008 Campaign In Depth

USDC/Colorado USDC/Delhi Co USDC/HK USDC/NH 33

http://blog.newsweek.com/blogs/stumper/archive/2008/03/26/could-clinton-drop-out-on-m... 4/15/2008

4/21/08 48 8/2/08 4/3/08

USDC | CO Civil Complaints USDC SDNY NY NY 10007 (1A)

Background of U.S. Constitutional Violations for failing U.S. Judiciary to check and balance actions of U.S. Executive Depts headed by the U.S. President & the US Legislature headed Jointly by U.S. House of Representative and U.S. Senate Washington DC — especially of Washington DC — as pointed out to above Depts by a member of "We the People in U.S.A the Collectively supreme Constitutional testament of US Democratic republic with blunt indifference to by UNO (United National organization NY at UN Plaza in NY City NY at USA; the concerned member has been the U.S. born citizen: Dr Kamal K K Roy appr & was born as Joseph ... of US citizens parents ...

That the Rev Dr Kamal Roy has been a Federal Election Commission Washington DC registered (as on 9.27.2007 or earlier (see websites with search words: Kamal Karna ... U.S President 2008) & a ... Allied ROY complaints (about 80 Pages + poor affidavit + USDC civil docket sheets

The Rev Dr Kamal K Roy 4-22-08

8/12/08 4/22/08

Civil rights Violation Action

U.S. District Court for District of N.D. Florida

915 Lafayette ~~Bd~~ St ~~Brdgeport~~

N. Adams ~~CT~~

TALLAHASSEE Fl. ~~Nester~~ Complaints as per order of court Florida 32301

Judge 3 Judges panel demanded

Civil Case No

TITLE OF ACTION:

Plaintiff #1 (1) Association & committee to Elect Rev Dr Kamel KK Roy as Mr clean GOP President as U.S. 2008 Nov 4 Election or beyond if Election be postponed with court order for massive Campaign Violation as reported to 100+ U.S.D.C. (courts) of jurisdiction spread over the areas of Election of U.S. Presidents all throught U.S.A. The petition is for violations of Electoral & other civil rights violations of restricting civil rights of people in USA even the rights (natural) of male and civil citizens to equally enjoy rights to select/Elect over one male and acquire wives partner in conjugal lives with sanctions of law and allowance of religious rights & rites --- etc

Poor affidavit + Docket sheet attached

Compensation demanded 1.75 Trillion plus as may be awarded by Jury on Trial Both for compensatory & punitive Damages + Misc pain, harm and harassments

The US democracy for denial of rights

et al Plaintiffs (1650T

VS

#1 Association to demand equitable right... etc

#4 John S. McCain, B. Obama — US Senators & US Pres. hopeful 2008

(2) That McCain and Obama are not U.S. Natural born for Plaintiffs but illegally competing US President 2008 against Rev Dr Kamel K K Roy

Attached signed Kamel Roy 7/15/08

See 1F1, to 1F-8

To Tallahassee Court N Adams St 32301 FL

#2 Plaintiff Rev Dr Kamel Roy #3 Plaintiff Jungle Democracies cut & House declining of oppressions of weaker people etc

#2 Jungle Democracies

List of Defendants

Plaintiff #3 Jungle Democracies

See attached list

 **1-800-862-6200**

Call Citizens' PhoneBank anytime for account information, current rates and answers to your questions.

Commercial Account Statement

 OF 1

Beginning July 01, 2008 through July 31, 2008

US002 BR018

HANDICAP INTERESTS INTL INC
THE DREAM OF EQUITABLE DEMOCRATIC SOCIET
PO BOX 1173
SARANAC LAKE NY 12983

HI

plaint USDC/Co Denver

## Commercial Checking

SUMMARY

HANDICAP INTERESTS INTL INC
THE DREAM OF EQUITABLE DEMOCRA
**Business Green Checking**
400103-950-7

USDC/HI

**Balance Calculation**

| | |
|---|---|
| Previous Balance | 463.72 |
| Checks | .00 - |
| Debits | .00 - |
| Deposits & Credits | .00 + |
| **Current Balance** | 463.72 = |

TRANSACTION DETAILS

No activity this statement period

8/4/08

**Previous Balance** 463.72

**Current Balance** 463.72

NEWS FROM CITIZENS

--IMPORTANT NOTICE/CHANGE IN TERMS
Effective September 1, 2008, we will add an Inactive Account Processing Fee to the Personal & Business Deposit Account Fees and Features Guide of your account. The fee of $30 will apply to all accounts that have been inactive for 24 months or more, and is in addition to any applicable monthly dormant account fee. This fee is not imposed on New Jersey based accounts that have been charged the maximum dormant account fee.
--IMPORTANT NOTICE/CHANGE IN TERMS
Effective September 1, 2008, our handling fee for certain court orders and legal processing will be increased to $90 for each item that we process against your account. This includes court orders, garnishments, attachments, tax levies, executions, and similar types of legal process.
--Make business deposits without leaving your office.
Introducing E-Z Deposit (Registered Trademark) from Citizens Bank. Take advantage of a smart, easy, and efficient way to make business deposits -- with E-Z Deposit. Using your PC, a secure internet connection, and a scanner, you can deposit checks right from your office, saving yourself trips to the bank. We believe banking should fit your life, not the other way around. To set up an appointment, call 1-800-862-6200, go to www.citizensbank.com/ezdeps or call your nearest branch.
E-Z Deposit offer available on select business checking accounts and for businesses established for at least one year, see a banker for details. All accounts and services subject to approval.

Stumper : Could Clinton Drop Out on May 7? Page 10 of 22

That John S Mclean wrote

issuance of atleast 2 sweet_heart letter to federal communication dept to wrongit exepeditegovt action before s forwarded to for lawful inquest of mccain scandal with sex as mccain may be a human_god of some power but h such he is subject to criminal prosecution . when a gary hart se affair could result his exit from power, and elliot s governorship, only play_boy, part_timerbut moderatly good william jefferson clinton was as immune as a hindu o office of president along with historical evidence of genefer flower roman/sexbut you have to have a clintonian w of comment on democratic corruption in power politics are of the rev dr kamal kama roy . a candidate of u s pres campaign official with his consent. dr roy emphasized that in national interest for stability the democratic process pervez mussaref presidency at the current tenure may not have to be short circuited by the current elected leade rocky freedom in democratic nation with intent of compromise with president musareff anf current democracy arr an optimally acceptable situation ti exit musarref , as this may allow new coalition in ruling parties to control natic border of pakistan may consider to be wise condsidering

Posted By: CANDIDATE_REPUBLICAN @ 04/01/2008 10:06:39 AM

Comment: we wish stability and peace for nation of pakistan and wish eace for all citizens or pakistan. pl see am lives of jungle democracies :

Click here to join the NEWSWEEK community, post comments and subscribe to our e-mail newsletters

User Name:Password:

Forgot password?

News Politics Tech and Business Culture Health Voices Quick Guide

Stumper

Stumper HomepageWhat's Stumper?The RuckusRSSAuthor

Andrew Romano

Email | Bio CategoriesThe Filter

Top of the Week

Onscener

Ad Hawk

Expertiment

Early States

Newsbyte

Politech

Stumper TV

Super Tuesday

Sam Brownback

Rudy Giuliani

Mike Huckabee

Duncan Hunter

John McCain

Ron Paul

Mitt Romney

Tom Tancredo

Fred Thompson

Joe Biden

Hillary Clinton

Chris Dodd

John Edwards

Mike Gravel

Dennis Kucinich

Barack Obama

Bill Richardson

Al Gore

Mike Bloomberg

Ralph Nader

Posted By: CANDIDATE_REPUBLICAN @ 03/30/2008 11:44:32 AM

Comment:

Bio | The Moderate Voice suspect as the reverend's. In addition, Obama can now denounce all he wants to but h

Posted By: CANDIDATE_REPUBLICAN @ 03/30/2008 5:31:47 AM

Comment: Hello robin1231hotmailcom

Change Preferences | Sign Out Sign In | Register Now

Print Edition | Subscribe | PostPoints

NewsNation Investigations Education Photos & Video World Technology KidsPost Discussions Metro Entertainm

Magazine Archives PoliticsPolitics Blogs House/Senate Votes White House Congress 2008 Campaign In Depth

complaint

USDC Dist

26

USDC/Dist

41

http://blog.newsweek.com/blogs/stumper/archive/2008/03/26/could-clinton-drop-out-on-m... 4/15/2008

USDC/HI

8/?/08

6/3/08

Home Toles Cartoons On Faith Blogs Telnaes Animations PostGlobal Feedback Outlook Discussion Groups Loc
Education Traffic Community Guides Cars DC | MD | VACrime The Extras Real Estate Columns/Blogs Obituaries
United Columns/Blogs NFL Nationals Capitals College Basketball NHL Wizards High Schools Local Colleges NE
Beauty Horoscopes Smart Living Television Books Home & Garden Comics Entertainment News Food & Dining
GuideFind Restaurants Find Local Events Find Movies Visitors Guide Find Bars & Clubs Going Out Gurus Jobs
Advice Dealer Specials Coupons Real EstateBuy a Home Sell a Home Property Values RentalsFind a Rental Re
Discounts Shopper Blog Shop Used Sell Your Stuff Pets
SEARCH: washingtonpost.com Web | Search Archives
washingtonpost.com > Opinions > Outlook Your Comments On...
Okay, Barack. Now Show 'Em Your White Side.
Yes, that's right: Barack Obama is as white as he is black.
By Bomani Armah
Commentsrobin1231hotmailcom wrote:
No obama no hillary nomccain should be nominated as major party nominees as all 3 of them are corrupt and co
obama change his faith to unknown religion and betray we the people in majority christian faith in usa. only one
spoke anti american , s sermons but obama felt it was time to betry faith with rev right, because thi is time to be
But obama dear, there is no room for american patriot to be u s president as well for a person like u who may tur
obama , forget to be u s president for some years next:comments of dr roy candidate was rewritten by assistants
baidya roy; rev ms atreyee ry sen; rev ms gari r lahiri of krishnanagar nadia, w b, india ; and chief rev lisa alston
Report Abuse

---

Project GreenEnterpriseLeadershipBoomer FilesGiving GloballyCES CoverageEducation STRATEGIES
I Want My (Web) MTV
Johnnie L. Roberts
Digital impresario Mika Salmi is transforming Viacom's MTV Networks into a new-media powerhouse, saving it fr
Preview Article | Comments
Sponsored by
PeriscopeNewsPoliticsTech / BusinessCulture / IdeasHealthTip Sheet POLITICS
State and Defense: For Once, Opposites Attract
Mark Hosenball and Evan Thomas
The comity between the two is a '180- degree turn' from Rumsfeld and Powell.
Preview Article | Comments
Sponsored by
Give a Gift
Change Your Address
Pay Your Bill
Renew
Subscribe Now Only $20/year!
First Name Last Name Email Address
Make Newsweek Your Homepage
Podcasts
Newsweek Radio
Get and Share Widgets
RSS
Newsletters
Home Current Issue International Edition News Politics Tech and Business Culture Health Voices The CW Persp
About Newsweek Advertising Information Subscriber Services Pressroom Education Program Contact Us User
Reprint Sales Showcase Ads Online and Distance Learning Directory
© 2008 Newsweek, Inc.Loading Menu
Report Abuse

---

**Posted By: CANDIDATE_REPUBLICAN (April 15, 2008 at 1:02 AM)**

Sphere It!
Digg It!
Newsvine
Del.icio.us
Facebook
Click here to join the NEWSWEEK community, post comments and subscribe to our e-mail newsletters
User Name:Password:
Forgot password?



USDC

**III. Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? Ocean deep and internet Sky high corruption occurring

B. What date and approximate time did the events giving rise to your claim(s) occur?

C. Facts:

What happened to you?

Who did what?

Was anyone else involved?

Who else saw what happened?

God's Religion and People in democracy failed most poors, have not in USA and the disadvantaged people in USA viz The Rev Dr Kamal Roy a plaintiff

by All Defendants and/or Negligence of Govt and other Defendants named or described. The Democracy in USA is in peril due to failing law and order.

**IV. Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

Harms, pain and damages to Dr Kamal Roy & Associates as Plaintiff associations who strategically planned and placed Dr Kamal Roy a candidate, GOP to Clear US Presidency

Rev. 05/2007

Rev Dr Kamal Roy 4/16/08

USDC

4/21/08

USDC

6/3/08

USDC | SDNY

5. CAUSES OF ACTION

Note: You must clearly state each cause of action you assert in this lawsuit.

FIRST CAUSE OF ACTION

USDC

SECOND CAUSE OF ACTION

See Page 1 & 1A

USDC/CO

THIRD CAUSE OF ACTION

6. Plaintiff(s) demand(s) a trial by

Jury -or- Court

(Circle only one).

4/21/08

FORM E(1)(e).3

USDC

4/21/08

4/21/08

USDC | SDNY

8/21/08

Defendant No. 1 Name ______
Street Address ______
County, City ______
State & Zip Code ______
Telephone Number ______

Defendant No. 2 Name ______
Street Address ______
County, City ______
State & Zip Code ______
Telephone Number ______

Defendant No. 3 Name ______
Street Address ______
County, City ______
State & Zip Code ______
Telephone Number ______

Defendant No. 4 Name ______
Street Address ______
County, City ______
State & Zip Code ______
Telephone Number ______

II. **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A. What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal Questions ☐ Diversity of Citizenship

B. If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? ______

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship ______

Defendant(s) state(s) of citizenship ______

Rev. 05/2007

USDC / Colorado USDC / [illegible] (1) (7)

b. Defendant:

Official Position:

Address: That Defendants ignored me on my mission to lead USA

c. Defendant: USA Jared KK Roy USA his Govt is goal to correct by contest election

Official Position: a Defendant in this

Address:

action and USA failed poors and disadvantaged equitable right to contest US Presidential Election US due to negligence towards Laws and maintenance of Laws for campaign of US President 2008

Additional Defendants may be added on a separate sheet of paper.

4. FACTS

Set forth the facts of your case which substantiate your claim of violation of your civil and/or Constitutional rights. List the events in the order they happened, naming defendants involved, dates and places.

Note: You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint. (You may use additional sheets as necessary.)

That I am a political scientist and strategist I live at 14 Kiwassa Rd [illegible], Saranac Lake NY 12983 and I am a clergy or more in Seattle area as the Human animals' conceived God/s Religions and the human animals & those I serve as a clergy of modern Gods a democratic rational concept of Human animals are located here in USDC / WDNY. That I am a leader of GOP as U.S. constitutional designated process as I am a [illegible] candidate and hopeful of U.S. GOP Presidential candidate [illegible] injunction [illegible]

Dr Kamal K Roy 8/3/08

R 8/1/08

[illegible] 8/15/08

FORM E(1)(e).2

USDC/Colo

USDC/NE [illegible]

III. **Statement of Claims:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? Ocean deep and internet sky high corruption occurred

B. What date and approximate time did the events giving rise to your claim(s) occur? 2007 speeded campaign of US President

C. Facts:

What happened to you? / Who did what? / Was anyone else involved? / Who else saw what happened?

(2) God's Religions and People in democracy failed most poors, have not in USA and the Disadvantaged people in USA viz The Rev Dr Kamal Ray a Plaintiff [illegible] by All Defendants and/or Negligence of Govt and other Defendants

IV. **Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

and other Plaintiffs named or described. Harms, pain and Damages to Dr Kamal Ray & Associates as Plaintiff associations who strategically planned and placed Dr Kamal Ray a/s a candidate GOP to claim US Presidency for Weaker people. The Democracy in USA is in peril due to failing Law and order.

Rev. 05/2007

4/16/08 Rev Dr Kamal Ray 4/16/08

8/1/08