IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 0 2 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. 08-cv-01751-BNB

DR. KAMAL K.K. ROY,

        Plaintiff,

v.

[NO DEFENDANT NAMED],

        Defendant.

---

## ORDER OF DISMISSAL

---

        Plaintiff initiated this action by submitting to the Court *pro se* an Application to Proceed Without Prepayment of Fees and Affidavit and a Complaint.  In an order filed on August 18, 2008, Magistrate Judge Craig B. Shaffer directed the clerk of the Court to commence a civil action and directed Plaintiff to cure certain deficiencies if he wished to pursue his claims.  Specifically, Magistrate Judge Shaffer ordered Plaintiff to file the *in forma pauperis* motion and the Complaint on the proper forms.  Plaintiff was warned that the Complaint and the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

        Plaintiff has failed to cure the deficiencies within the time allowed and he has failed to respond in any way to Magistrate Judge Shaffer's August 18 order.  Therefore, the Complaint and the action will be dismissed without prejudice for failure to cure the deficiencies.  Accordingly, it is

ORDERED that the Complaint and the action are dismissed without prejudice for

failure to cure the deficiencies.  It is

FURTHER ORDERED that the Application to Proceed Without Prepayment of

Fees and Affidavit is denied as moot.

DATED at Denver, Colorado, this _2_ day of _____ *Oct* _____, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No.  08-cv-01751-BNB

Kamal Roy
PO Box 1173
New York, NY 12983

     I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on ___10/2/08___

GREGORY C. LANGHAM, CLERK

By: _____
               Deputy Clerk